UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PEDRO BAUZA, | Civil No. 10-2910 (SRC) |
| Petitioner, | |
| v. | |
| LARRY GLOVER, et al., | **ORDER** |
| Respondents. | |

IT APPEARING THAT Petitioner has submitted a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 with an application to proceed in forma pauperis, and that Petitioner qualifies to proceed in forma pauperis before this Court;

IT IS therefore on this 15 day of December, 2010,

ORDERED that Petitioner's application to proceed in forma pauperis is hereby granted; and it is further

ORDERED that the Clerk shall file the Petition without prepayment of fees.

STANLEY R. CHESLER
United States District Judge